# EXHIBIT A



## Above The Law's Top Ten Most Popular Stories of 2011



## Homeless By Choice: Because Law School Wasn't Tough Enough



## ATL's 2011 Lawyer of the Year: The Finalists!



## ATL Holiday Card Contest: The Finalists!



## The Evidence Exam at Harvard Law That Requires No Evidence to Pass



## A Shout-Out to All The Legal Types Getting a $0 Bonus This Holiday Season



## Michigan, Your Law Dean Earns How Much a Year?



## Is Using Adderall to Get Through Exams the Worst Thing in the World?



## Blago's Class of 2007 Lawyer: A 'Harebrained' Hottie?



## Associate Bonus Watch: A Nice Bonus At Kirkland & Ellis, Assuming Cravath Remains Cheap



## Associate Bonus Watch: Updates and Addenda



## California Firm Puts the 'Ghetto' Into 'Re-Gifting'



## You Know Your Law School Really Cares When You Get Holiday Cards Like This



## An Afternoon With Ed Hayes, Celebrated Litigator and Memoirist

Application error. There was a problem getting data for the application you requested. The application may not be valid, or there may be a temporary glitch. Please try again later.



## Holiday Gifts for Your Secretary / Administrative Staff: Open Thread



## Don't Call Her 'Reema': Say Hello to 'Nicki Bajaj'



## Is Going To UVA Law School Like Using Cocaine?



## ATL's 2011 Lawyer of the Year: Nominations Needed



## Associate Bonus Watch: Quinn Emanuel Rewards High Billers



## Inside Straight: A Partner's Lament

# Above the Law

## A Legal Tabloid - News, Gossip, and Colorful Commentary on Law Firms and the Legal Profession

**Managing Editor: David Lat**
**Editor: Elie Mystal**
**Assistant Editor: Staci Zaretsky**
**Contributors: Kashmir Hill, Marin, Mark Herrmann, Jay Shepherd**



**H&R BLOCK** At Home   FILE ONLINE FOR LESS, AND BY "LESS," WE MEAN "NOTHING".   START N
Free to prepare. Free to print. Free to e-file. NEVER SETTLE FOR LESS™.

Search for: [        ] [ Search ]

- Home
- Big Law
- Small Law Firms
- Law Schools
- In-House Counsel
- Legal Technology
- Jobs
- Lateral Link Career Center

**Send Tips:** tips@abovethelaw.com or text (646) 820-TIPS
**Plus:**

- Asia
- Bonuses

- Election 2012
- Lawsuit of the Day
- Archives
- Research

- 26 Sep 2011 at 1:30 PM
- Posted in:
  Contracts, Document Review, Litigators, Plaintiffs Firms, Technology, Trials

# Prominent Plaintiffs' Attorneys Ordered to Pay Up After Losing Breach of Contract Trial

By Christopher Danzig

20

- Tweet

11

Like

- 0

2

- Share

Last week, more than a dozen high-profile mass torts attorneys lost a San Francisco jury trial against a small technology company. The jury decided the attorneys had illegally breached a document review contract during the high-profile Chinese drywall class-action litigation.

On September 19, the 14 defendants in Cataphora Inc. v Parker were ordered to pay $317,113 to the technology company in lost profits, plus attorneys' fees.

"These guys are the worst of hypocrites that you can possibly find," said Roger Chadderdon, technology counsel at Cataphora. "They claim to be trying to help the little guy, but what they're doing is trying to put more money in their own pockets. Everybody knows that, but this is a case that illustrates it beyond what I have ever seen."

Clearly, tempers are still running hot. We've got more from both sides of the dispute, and a quick refresher on Chinese drywall, after the jump....

Problems with Chinese drywall began around 2006. Many homes in the Southeast, especially Florida, were built with it because of a shortage of normal American drywall. The defective stuff ended up causing a lot of problems. It often smells terrible, like sulfur or rotting eggs. The fumes ruin metal appliances, such as air-conditioning evaporator coils, pipes, and copper wiring. It is also believed by some to cause health problems.

In the midst of all this, Cataphora began negotiating with the plaintiffs' attorneys — together known as the Plaintiff Steering Committee, or "PSC" — who had been appointed by the court to handle the drywall cases. The technology vendor was to be involved mainly in pretrial document review. It would comb through the electronic documents of potential defendants, looking for the smoking gun that would tie them into the class-action litigation.

In September 2009, Cataphora and Jerrold Seth Parker, the authorized representative from the PSC, signed a contract that involved a large upfront fixed fee in exchange for a lower rate throughout the rest of the 24-month work period. In October, Cataphora sent its first invoice for $366,000. But the group of Chinese drywall attorneys balked and canceled the contract. They also refused to pay the initial sum. (Cataphora never did the work.) That's where the problems began.

The attorneys in the PSC have advocated for plaintiffs in a wide variety of multimillion dollar class-action lawsuits. Their résumés range from Vioxx to the BP oil spill to the Toyota acceleration defect to the Bridgestone / Firestone tire cases. [FN1]

"We got screwed," Chadderdon says. "Their strategy from day one was to drag this out as long as possible to make it go away."

He says the PSC told Cataphora, "Sue us if you dare."

Chadderdon, who served as the company's representative in court, says Cataphora is "a small tech company," without the resources of their high-powered opponents. He says the company would have settled quickly if they had received any kind of offer. In the time since the case was initiated, the company's legal division was sold to Ernst and Young.

In court, the defendants argued that they shouldn't have to pay because the contract was never valid to begin with. Among other things, they argued that it included a success fee for Cataphora, which is illegal for non-attorneys to receive. They also claimed the clause stating that the original fee was nonrefundable had been added at the last minute without proper notification. Frank Pitre of Cotchett, Pitre & McCarthy, counsel for the defendants, says Cataphora committed fraud by adding the clause so late in the game.

"The lawyers representing those victims acted properly and ethically in terminating this agreement," Pitre says.

Chadderdon, who was involved in the original deal, says his company had wanted to find a way to reward itself if the case was successful, but everyone realized it was not possible to do that. He says success fees were intentionally not included in the contract for that reason. Also, the "nonrefundable" issue had been part of contract negotiations from the beginning, he says.

In any case, Magistrate Judge Bernard Zimmerman, of the United States District Court for the Northern District of California, ruled that the contract was indeed enforceable. Pitre says that decision improperly framed the case when the jury heard it.

"Because of a certain pretrial ruling that we take issue with, we believe this jury got an unfair presentation of the case," Pitre says. "This is one round in a ten-round case."

Chadderdon says the PSC tried to paint Cataphora as shysters who slipped something under their noses, but he says the jury didn't buy this theory. "The jury saw through it almost immediately," he says. "They were bored to tears with this."

No one is happy to have spent two years on this case, he says. But the verdict is a beacon of light, despite the impending appeal.

"We kicked their ass," he says.

[FN1] Here is the full list of defendants:

- Dawn M. Barrios, of Barrios, Kingsdorf & Casteix
- Daniel E. Becnel, Jr. (His website seems to be down at the moment.)
- Victor Manuel Diaz
- Ervin Amanda Gonzalez
- Ben Gordon, of Levin Papantonio Thomas Mitchell Rafferty & Proctor
- Russ M. Herman, of Herman Herman Katz & Cotlar
- Hugh P. Lambert, of Lambert & Nelson
- Arnold Levine
- Gerald E. Meunier, of Gainsburgh, Benjamin, David, Meunier & Warshauer
- Jerrold Seth Parker, of Parker Waichman Alonso
- James Robert Reeves, of Lumpkin Reeves & Mestayer
- Christopher Seeger, of Seeger Weiss
- Bruce William Steckler, of Baron & Budd
- Scott Weinstein of Morgan & Morgan

Leonard Davis, also of Herman Herman Katz & Cotlar, was originally a defendant, but he was dropped from the suit.

*Disclosure: Ernst & Young, which acquired Cataphora Legal earlier this year, has advertised in the past on Above the Law.*

---

*Christopher Danzig is a writer in Oakland, California. He previously covered legal technology for InsideCounsel magazine. Follow Chris on Twitter @chrisdanzig or email him at cdanzig@gmail.com. You can read more of his work at chrisdanzig.com.*

Like     11 likes. Sign Up to see what your friends like.

- (28) Comments

Tags: Arnold Levine, Barrios Kingsdorf & Casteix, Ben Gordon, Benjamin, Bernard Zimmerman, Bruce William Steckler, Cataphora, Cataphora Inc. v Parker, Chinese drywall, Christopher Seeger, Class Actions, Contracts, Cotchett Pitre & McCarthy, Daniel E. Becnel, Dawn M. Barrios, Document Review, Electronic Discovery, Ernst & Young, Ervin Amanda Gonzalez, Frank Pitre, Gainsburgh,

Gainsburgh Benjamin David Meunier & Warshauer, Gerald E. Meunier, Herman Herman Katz & Cotlar, Hugh P. Lambert, James Robert Reeves, Jerrold Seth Parker, Jr., jury, jury trial, Lambert & Nelson, Leonard Davis, Levin Papantonio Thomas Mitchell Rafferty & Proctor, Litigators, Magistrate Judge Bernard Zimmerman, Meunier & Warshauer, Morgan & Morgan, Parker Waichman Alonso, Plaintif, Plaintiff Steering Committee, Plaintiffs' lawyers, PSC, Roger Chadderdon, Russ M. Herman, Scott Weinstein., Seeger Weiss, Technology, Trials, unb, Victor Manuel Diaz



**H&R BLOCK** At Home

**FILE ONLINE FOR LESS. AND BY "LESS," WE MEAN "NOTHING".**

START NOW

**MORE FROM ABOVE THE LAW**







The Evidence Exam at Harvard Law That Requires No Evidence to Pass

From Biglaw to Boutique: Top Ten Differences

Quote of the Day: This Man Knows How to Prioritize

Above The Law's Top Ten Most Popular Stories of 2011

UC Irvine Announces Better Clerkship Numbers Than Almost Everyone Else

[?]

**Elsewhere on the Web**

- The Most Hated Company on Earth Is Making Investors Rich (Global Dividends)

- 10 U.S. Cities With the Lowest Cost of Living (Kiplinger)

- Prophetic Economist Warns, 'It's Curtains for the US.' Prepare. (Moneynews)

- Kate Middleton Copies Angelina Jolie's Look, but Does It Better (The Stir By CafeMom)

- Let's Call It Off: The Most Infamous Broken Off Engagements Of All Time (Bossip)

[?]

Comments are hidden for your protection. **Click here to show them**.

## · Sign up for the Above the Law Newsletter

Email Address [Your email address]   [ Subscribe ]

Get Above the Law updates in your inbox!

**Above the Law** on Facebook

Like   9,887

[ Follow ] [ 19.9K followers ]

107

More subscription options …



- 19 Dec 2011 at 10:45 AM
- Posted in:
  Advertising, Asia Chronicles, Shameless Plugs, Sponsored Content, This Is an Ad

# The Asia Chronicles: KINNEY'S 62 US ASSOCIATE PLACEMENTS IN 2011 THUS FAR IN ASIA / STATE OF MARKET

By Kinney Recruiting



*Ed. note*: *This post is authored by Evan Jowers and Robert Kinney of Kinney Recruiting, sponsor of the Asia Chronicles. Kinney has made more placements of U.S. associates and partners in Asia than any other firm in the past five years. You can reach them by email: asia@kinneyrecruiting.com*

The lateral hiring market for biglaw US attorneys has slowed down substantially in the past four months. We at Kinney have been fortunate to have continued a nice run of placements, but even our pace has slowed due to market conditions. We have made 62 placements of US associates and counsels at law firms in Asia in 2011 thus far (the vast majority in Hong Kong/ China and not including partners or in house placements), but 42 of those had come by the end of June. Our pace would have slowed down even further had we not been successful in making a much larger than usual number of fund formation and litigation placements for a four month period.

Please see our list of 2011 Asia placements below:

Skadden – Hong Kong *
Milbank – Singapore*
Shearman – Beijing
Morrison & Foerster – Hong Kong*
Davis Polk – Hong Kong*
Skadden – Shanghai
Skadden – Beijing
Latham – Beijing
Latham – Hong Kong*
Latham – Singapore
Paul Hastings – Hong Kong *

Simpson Thacher – Hong Kong*
Ropes & Gray – Hong Kong *
Ropes & Gray – Shanghai*
Orrick – Hong Kong
Orrick – Beijing
Clifford Chance – Singapore*
Clifford Chance – Hong Kong
A&O – Hong Kong*
Proskauer Rose – Hong Kong
Baker & McKenzie – Hong Kong
Freshfields – Hong Kong
Shearman – Hong Kong*
White & Case – Singapore
Linklaters – Singapore
O'Melveny – Shanghai*
Skadden – Singapore
Vinson & Elkins – Shanghai
CWT – Beijing
Debevoise – Hong Kong*
Kirkland & Ellis – Hong Kong*
Kirkland & Ellis – Shanghai*
Gibson Dunn – Hong Kong
White & Case – Beijing
Kobre & Kim – Hong Kong*
Shearman – Singapore
Hogan Lovells – Tokyo
Freshfields – Tokyo
* denotes multiple placements at the firm in question.

Of course, this list does not take into account the numerous offers our candidates received but
were unfortunately unable to accept. We fight hard for our candidates to help them receive
numerous offers where appropriate; ironically, a couple of partners who missed out on our
candidates have accused us recently of "steering candidates away" from them. Obviously, if
there is reason to steer our candidates away from a certain firm, most candidates just choose not
to apply after hearing the "good, bad, and ugly" from us. But it is interesting that a couple of
people have blamed us when they have been unable to recruit a particular candidate.

The hiring slow-down has primarily affected the cap markets practices. This was the hottest
practice area during the hiring boom in Hong Kong / China and Singapore in the first half of
this year. Most US associate hires in Asia during the hiring boom in first half of 2011 were cap
markets practices. Today, M&A hiring remains on same level as first half 2011 and fund
formation hiring was red hot the past few months (but there are only a finite number of groups
and positions so that mini hiring boom is coming to an end).

Litigation openings for US associates in Hong Kong / China are more prevalent than ever, but
still not a big part of the overall lateral market.

A number of IPO's currently being worked on by the top US practices in Hong Kong / China,
scheduled for 4th quarter, will likely be put on hold due to market fluctuations. Some are
already expected to be held until 2013 per some of our partner friends, at least as of a couple of
weeks ago when Robert Kinney and Evan Jowers, along with Alexis Lamb, were in Hong Kong

meeting with many of those partners. Things can change quickly, though, and since then the global markets have been on a bit of an upswing, so some of those IPO's just may go through this fourth quarter.

One associate we placed at at a top firm in Hong Kong earlier in the year remarked in September, "This feels like 2008." He was slower than he'd been. So, is it that slow? We don't think so. In fact, we think that this market is not at all comparable to the previous and much more serious slow-down in late 2008 during the global crisis. At that time, cap markets lawyers in Asia were simply putting their pencils down as there was no work at all and most did not expect the boom back by mid 2009. Today, US cap markets groups in Asia are still busy working, just not as busy as they were from mid 2009 through mid 2011. Most relationships between law firms and banks in Asia on cap markets deals are set up on a milestone payment basis. The banks are pushing the deals right up to just prior to the final milestone payment (usually contingent upon the deal pricing). Questions are arising as to how many times the lawyers have to show up at the printer to draft the prospectus while only getting the second milestone payment once, but these issues are minor. The bankers are still employed, and the lawyers, if reluctantly, are showing up to finish the work (twice, if necessary) for some reasonable uplift in the fee.

Once deals are pricing regularly again, US and UK firms will start hiring US cap markets associates again. As we mentioned in numerous Asia Chronicles posts over the last year, the first half of 2011 was an anomaly in that cap markets work had been booming for two years, but for much of that time most top firms were on a hiring freeze far longer than they should have been in Asia due to continued slow markets in the US and Europe. It was only in late 2010 that most top firms had a green light from their global management to hire US associates as needed. Thus, there was a lot of catch-up hiring going on for many severely understaffed cap markets practices. A number of associates moved laterally within the market as well, necessitating more hires to fill the 3 to 10 openings that existed at most US cap markets practices in Hong Kong / China in early 2011. When the market booms back, there will be a lot of openings again, but not like early 2011. Don't expect to see that situation repeat itself any time soon, maybe not for years. Management visibility into the value of the Asia practices having sufficient staffing has improved dramatically. Lots more MP's have been visiting their firms' Asia offices over the last few years.

- 29 Nov 2011 at 10:30 AM
- Posted in:
  Advertising, Shameless Plugs, Sponsored Content, This Is an Ad

# Getting Your Life Back After an Injury

By Above the Law



Lawyers are notoriously risk-averse, but accidents still happen. People fall off ladders, cars crash, routine medical procedures don't go as planned. A bad office chair hurts your back, an old company keyboard gives you a repetitive stress injury.

The point is that lawyers aren't invincible.

When something unexpected goes wrong, it's your legal and civil right to make an accident claim and get your life back on track as soon as possible.

That's where **First Personal Injury** comes in. The British firm has an in-house team of injury claim specialists who handle every kind of accident and injury claim on a no win, no fee basis. Whether you've suffered a minor personal injury or a major life-changing accident, the firm can protect your rights and help you make an injury claim for the compensation to which you are entitled.

Here is just a partial list of the types of injuries for which the firm offers services:
* Back Injuries
* Breaks and Fractures
* Burn Injuries
* Damaged Sight and Hearing
* Whiplash and Neck Injuries
* Industrial Injuries
* Catastrophic Injuries
* RSI (Repetitive Strain Injury)
* Vibration White Finger
* Hearing Loss Injuries

The firm has well over a decade of experience litigating accident claims. The team works to the highest legal standards and provides a friendly and professional service. As lawyers know, the legal system is often tedious and stressful, but First Personal Injury will make sure your accident claims are as simple, stress-free and successful as possible. It's no accident First Personal Injury is one of the United Kingdom's leading personal injury law firms.

If you're in the U.K and have suffered personal injury, whether through an auto accident, medical malpractice or any other cause, get in touch with First Personal Injury to file a claim. The sooner you get justice for your suffering, the sooner you can get your life back on track.

## Careers



## Contact Us

### Editorial Staff

Managing Editor
   David Lat
Editor
   Elie Mystal
Assistant Editor
   Staci Zaretsky

## How Can We Help You?

- Send tips to:
  tips@abovethelaw.com
- For tech issues email:
  web@breakingmedia.com
- For advertising or events email:
  advertising@breakingmedia.com
- For research or custom solutions email:
  services@breakingmedia.com
- Above the Law is published by Breaking Media.
  For a full list of our sites, services and staff visit breakingmedia.com

- 
- 99107

---

## Our Sites

- Above the Law
- Dealbreaker
- Fashionista

- Home
- About Us
- Advertising
- Web Help
- Entries (RSS)
- Comments (RSS)

Copyright © 2012 Breaking Media, LLC. All rights reserved. Registration or use of this site constitutes acceptance of our Terms of Service and Privacy Policy.

# EXHIBIT B

Ex H B

From: "Parker, Jerrold S." <Jerry@yourlawyer.com>
To: "Winslow Chapman" <winslow.chapman@cataphora.com>
Subject: RE: Levin Papantonio Mass Tort Update - August 2009
Date: 08/26/2009 02:20:50 UTC

I saw that but it doesn't speak about a break out in Vegas or me.


You need to call me as things moving fast.  I need costs and rock bottom since
they are inclined to go without you due to their anticipating a high cost.


I in New Orleans and just had dinner with the power. You can call me at 504-595-
3300 - room 1709


Jerrold S. Parker
Parker Waichman Alonso LLP
3301 Bonita Beach Road
Bonita Springs, Florida 34134
239-390-1000
800-LAW-INFO (800-529-4636)
239-390-0055 Fax

Licensed in New York, New Jersey & District of Columbia
www.yourlawyer.com <http://www.yourlawyer.com/>
jerry@yourlawyer.com <mailto:jerry@yourlawyer.com>



From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Tuesday, August 25, 2009 4:00 PM
To: Parker, Jerrold S.
Subject: FW: Levin Papantonio Mass Tort Update - August 2009


FYI    ( see below - look for the Chinese Drywall blurb )    Winslow


_____

From: Levin Papantonio Law Firm [mailto:info@levinlaw.com]
Sent: Monday, August 24, 2009 4:42 PM
To: winslow.chapman@cataphora.com
Subject: Levin Papantonio Mass Tort Update - August 2009


Levin Papantonio Mass Tort Update  Levin Papantonio Mass Tort Update
<http://lpmtupdate.com/images/header.jpg>

CAT00001985

From: "Roger Chadderdon" <roger.chadderdon@cataphora.com>
To: "'Jonathan Nystrom'" <jonathan.nystrom@cataphora.com>
Cc: "'Winslow Chapman'" <winslow.chapman@cataphora.com>
Subject: RE: Cataphora, Pricing Clarifications for Chinese Drywall
Date: 09/03/2009 21:01:34 UTC

On #3, are we relying too much on a per page charge that might be difficult to
calculate if we are successful in getting all native files from the Defense?


Perhaps put a GB equivalent into the equation 20,000 docs = a GB or 75,000 pages =
gb. So there is no argument down the road?


As for #4.   3% of 25 billion isn't a bad number. J


R




From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Thursday, September 03, 2009 1:35 PM
To: 'Parker, Jerrold S.'
Cc: 'Winslow Chapman'; 'Roger Chadderdon'
Subject: Cataphora, Pricing Clarifications for Chinese Drywall


Jerry

Pursuant to your call with Winslow yesterday, I am addressing below the issues
that were raised:

1.) Hourly Rate after the allocated hours is $425;  Plaintiffs counsel is
concerned that at this rate the total tab will be more than they are comfortable
budgeting.

   Proposed Resolution:  Cataphora will invoice 60% of the fee due in 30 days,
with the other 40% going into the success fee calculation.

2.) Plaintiffs counsel is concerned that 200 hours is an insufficient allocation

   Proposed Resolution:  Plaintiffs counsel may select the allocation, and will
receive a 40% discount on pre-allocated hours beyond the 200 proposed by Cataphora.

3.) Plaintiffs counsel is concerned that $.03 per page could be accumulate to a
very large sum in the even this case grows very large

   Proposed Resolution:  Cataphora will charge $.02 per page after 20 million
pages

CAT00001993

From: "Elizabeth Charnock" <ebc@cataphora.com>
To: "'Jonathan Nystrom'" <jonathan.nystrom@cataphora.com>; rto@cataphora.com; "'Keith Schon'"
<Keith.Schon@cataphora.com>
Cc: Roger@cataphora.com; "'Roger Chadderdon'" <roger.chadderdon@cataphora.com>; "'Winslow
Chapman'" <winslow.chapman@cataphora.com>; art.skaran@cataphora.com; neji@cataphora.com
Subject: RE: OK we are one step closer! CHINESE DRYWALL update
Date: 09/16/2009 00:02:01 UTC

What exact help do you need?


/ebc



From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Tuesday, September 15, 2009 11:46 AM
To: 'Elizabeth Charnock'; rto@cataphora.com; 'Keith Schon'
Cc: Roger@cataphora.com; 'Roger Chadderdon'; 'Winslow Chapman';
art.skaran@cataphora.com
Subject: RE: OK we are one step closer! CHINESE DRYWALL update


[engaging Keith, RTO, Elizabeth]


SWG team--we need help on this one!  Please read from bottom.  In essence, the
chinese drywall plaintiffs team has ALMOST selected us formally, but the
defendants have chosen their vendor already and we want to lay traps for them left
and right.


--------------------------------------

Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

www.cataphora.com <http://www.cataphora.com/>

CAT00001995

Brian - Jonathan will be calling you about these proposed pricing tiers for
Chinese Drywall / Plaintiffs Deal / Jerry Parker - Papantonio Law Firm - Mass
Torts Deal

JW will explain these numbers.

Thank you,   WINSLOW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Jerry -

We have been discussing this internally and we respectfully disagree with your
colleague assessment.  We are currently working with parties on two different
construction project, one involves more that 300GB of data (  15 million pages )
and another involving 1.7TB.  However to give you a sense based on past projects,
we anticipate the following rough budget to help you team win these cases starting
in January 2010.

Zero - 5,000,000 pages  =  appx. $250,000    Success Fee    (  + $500,000 success
fee )  - finance the deal for 2 years

5,000,000 - 10,000,000 = appx  $450,000      Success Fee    (  + $500,000 success
fee )  - finance the deal for 2 years

10,000,000 - 20,000,000 = appx. $ 600,000    Success Fee    (  + $1,000,000 success
fee )  - finance the deal for 2 years

20,000,000 - 40,000,000 = appx. $900,000     Success Fee   (  + $1,000,000 success
fee )  - finance the deal for 2 years

Cataphora, Inc.
B. Winslow Chapman Jr.

CAT00002010

through all the ways the production could get screwed up, and possibly to ask for
the moon (I think we are past this point, but he did say at one point he expected
the judge to order production of native files)

Jonathan Nystrom, Vice President of Sales
Cataphora, Inc.
900 17th Street, NW -- Suite 610
Washington, DC  20006
202.350.9770 office
202.262.8408 mobile
jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>
www.cataphora.com <http://www.cataphora.com/>

This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.




From: Elizabeth Charnock [mailto:ebc@cataphora.com]
Sent: Tuesday, September 15, 2009 8:02 PM
To: 'Jonathan Nystrom'; rto@cataphora.com; 'Keith Schon'
Cc: Roger@cataphora.com; 'Roger Chadderdon'; 'Winslow Chapman';
art.skaran@cataphora.com; neji@cataphora.com
Subject: RE: OK we are one step closer! CHINESE DRYWALL update
What exact help do you need?

/ebc




From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Tuesday, September 15, 2009 11:46 AM
To: 'Elizabeth Charnock'; rto@cataphora.com; 'Keith Schon'
Cc: Roger@cataphora.com; 'Roger Chadderdon'; 'Winslow Chapman';
art.skaran@cataphora.com
Subject: RE: OK we are one step closer! CHINESE DRYWALL update

(engaging Keith, RTO, Elizabeth)

RWC team--we need help on this one!  Please read from bottom  in essence, the
Chinese Drywall plaintiffs team has ALMOST selected us formally, but the
defendants have chosen their vendor already and we want to lay traps for them left
and right.

Jonathan Nystrom, Vice President of Sales
Cataphora, Inc.
900 17th Street, NW -- Suite 610
Washington, DC  20006
202.350.9770 office
202.262.8408 mobile
jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>
www.cataphora.com <http://www.cataphora.com/>

CAT00002014

From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Monday, September 14, 2009 7:48 PM
To: 'Winslow Chapman'; 'Jonathan Nystrom'
Cc: Roger@cataphora.com
Subject: RE: OK we are one step closer! CHINESE DRYWALL update

Update...

Russ from Herman "stroked out" upon seeing our proposal.

Lenny (the IT guy at Herman) and also the guy that made all the calls on the Vioxx
case is our problem child within the firm. He feels slighted that he hasn't been
consulted about solutions for this one.

There is a "come to Jesus" meeting being called for tomorrow (Tuesday) in NO.
Everyone is supposedly on their way to NO right now and they won't leave till
everything is resolved.

Both paralegals on this case within Herman quit over the weekend. This may or may
not be related to IVIZE being fired over the weekend for screwing something up.
Russ beheaded them. (IVIZE).

Lots of politics going on

And the topper to all this the defense consortium has decided on.....MAGNA to handle
the defense.

http://w
ww.magnals.com/

No one has heard of this dark horse.

CAT00002016

From: Brian Chatagnier [mailto:Brian.Chatagnier@cataphora.com]
Sent: Friday, September 18, 2009 12:49 PM
To: 'Roger Chadderdon'; 'Winslow Chapman'
Cc: 'Sonya Sigler'; 'Art Skaran'; 'Jonathan Nystrom'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms below


Winslow,


    For this one, it seems to make sense if you can draw up an outline of the agreed upon work.  Once you have that, I can fill in more of the details and technicalities.  I copied the Railroads Work Order, if you want to use that as a baseline format.  Call me if you want to walk through any specific pieces.


Brian Chatagnier


From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Friday, September 18, 2009 3:08 AM
To: 'Roger Chadderdon'; 'Winslow Chapman'
Cc: 'Brian Chatagnier'; 'Sonya Sigler'; 'Art Skaran'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms below


Roger

(adding Art)

All true.  I will note, however, that we are viewing the sucess fee as "gravy" and what matters above all is that the other fees still make this deal a winner, sufficiently that we can pour resources into it, impress them, and either get other deals OR get them agitated enough that defendants have to hire us.


Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office


CAT00002020

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

www.cataphora.com <http://www.cataphora.com/>

This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.

---

From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Friday, September 18, 2009 1:12 AM
To: 'Winslow Chapman'; 'Jonathan Nystrom'
Cc: 'Brian Chatagnier'; 'Sonya Sigler'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms
below

It is important to remember that the success fees relate to the entire recovery
and not just Jerry's portion. All participants of the plaintiffs counsel need to
be bound to this agreement. Any type of wiggle room will be exploited once the
settlement funds are in the bank.

R

---

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Thursday, September 17, 2009 7:36 PM
To: 'Jonathan Nystrom'
Cc: 'Brian Chatagnier'; 'Sonya Sigler'; 'Roger Chadderdon'
Subject: Need contract ( for client to sign ) Chinese Drywall + add iterms below

Jonathan -

Great call today with Jerry Parker at Chinese Drywall !    Looks like all we need
to do now is send a actual contract to Chinese Drywall that contains what we
already have sent ( attached and below ), as well as the following additions he
asked for today -

Licensed in New York, New Jersey & District of Columbia
www.yourlawyer.com <http://www.yourlawyer.com/>
jerry@yourlawyer.com <mailto:jerry@yourlawyer.com>

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Friday, October 02, 2009 9:39 AM
To: Parker, Jerrold S.
Subject: Can you get me in here? See attached

Can you get me in here?   See attached

---

From: Susannah Smith [mailto:susannah.smith@cataphora.com]
Sent: Friday, October 02, 2009 9:33 AM
To: 'Winslow Chapman'
Subject: FW: Get your ass in gear! Morgan & Morgan is yours!!!!

Have you followed up on Denture Cream/Morgan & Morgan?

S

---

From: Susannah Smith [mailto:susannah.smith@cataphora.com]
Sent: Tuesday, June 16, 2009 10:29 AM
To: 'Winslow Chapman'
Subject: Get your ass in gear! Morgan & Morgan is yours!!!!

I'm putting them in salesforce.  Read this article

S

CAT0000202B

Date: Fri, 18 Sep 2009 09:48:37 -0700
To: 'Roger Chadderdon'<roger.chadderdon@cataphora.com>; 'Winslow
Chapman'<winslow.chapman@cataphora.com>
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms
below

Winslow,


  For this one, it seems to make sense if you can draw up an outline of the agreed
upon work.  Once you have that, I can fill in more of the details and
technicalities.  I copied the Railroads Work Order, if you want to use that as a
baseline format.  Call me if you want to walk through any specific pieces.


Brian Chatagnier


_____

From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Friday, September 18, 2009 3:08 AM
To: 'Roger Chadderdon'; 'Winslow Chapman'
Cc: 'Brian Chatagnier'; 'Sonya Sigler'; 'Art Skaran'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms
below


Roger

(adding Art)

All true.  I will note, however, that we are viewing the sucess fee as "gravy" and
what matters above all is that the other fees still make this deal a winner,
sufficiently that we can pour resources into it, impress them, and either get
other deals OR get them agitated enough that defendants have to hire us.


_____

Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

CAT00002073

plan ).


* Add an extra 200 hours at the discount rate per Jerry Parkers request and
further clarify what additional hours would cost beyond the 400 total. ( get his
initials here ).


* Clearly articulate INTEGRATION WITH ICONNECT in a way that makes it look like we
are very comfortable here and as connected as any vendor can be with them.


* MOST IMPORTANT - get the success fees locked down tight!   Have a spot for Jerry
to initial these success fees and make it iron clad ( Get Sonya involved here ).


Let me know if I missed anything!    We have this one almost in the boat and I
for one want this Chinese Drywall deal locked down and signed tomorrow.


Thank you,


Winslow

E. Winslow Chapman Jr.

Director of Business Development

Cataphora, Inc.

148 Bermuda Court | Ponte Vedra, FL 32082

T: 904.607.0055 | C: 404.392.2586 | F: 904.280.1921

winslow@cataphora.com | www.cataphora.com <http://www.cataphora.com/>


-----

From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Thursday, September 03, 2009 4:35 PM
To: 'Parker, Jerrold S.'
Cc: 'Winslow Chapman'; 'Roger Chadderdon'
Subject: Cataphora, Pricing Clarifications for Chinese Drywall


Jerry

Pursuant to your call with Winslow yesterday, I am addressing below the issues

CAT00002075

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Thursday, August 27, 2009 4:00 PM
To: 'Parker, Jerrold S.'
Cc: 'Jonathan Nystrom'; 'Brian Chatagnier'
Subject: Pricing for Chinese Drywall


Jerry –


Thank you for your patience.  We are hell-bent on helping you win this thing
quickly and efficiently.  After considering every possible option and approach,
we've basically "punted" on calculating the success fee, which is the big prize
for us because this is likely to be concluded inside two years and because you
have been very persuasive in laying out the fact that you can prevail in these
cases if you have the defendants, and can do better if you can show a conspiracy,
willful & knowing behavior, and can find the right individuals inside the various
defendants.  We can deliver all three for you.


We also understand that your group has divergent views on the expected quantity of
data to be produced.  Our experience suggests 60 million pages is more likely than
5 million, but either way you need all the advantages you can afford to get
through the 60-day sprint to depositions and the 4 month march to first trial.
With all that in mind, we've outlined 4 basic price points that cover every
possible scenario.  The success fee portion will be determined by a mutually
agreed formula.  The immediate payment part will need to be paid out of pocket, or
financed to be funded over 24 months.  In either case, here is the pricing.  I
also attached a spreadsheet for your convenience.  NOTE:  Presentation is based
on "pages" but if you succeed in getting Judge Fallon to order native files, we'll
use a conversion rate of 11:1 for files, i.e. 11,000 pages=1,000 files.


| Volume<br>Deferred/Success Fee | Total Projected Fee | Immediate | |
|---|---|---|---|
| 0-5 million pages<br>$200,000 | $850,000 | $650,000 | |
| up to 20 million pages | $1,700,000 | $1,200,000 | $500,000 |
| up to 40 million pages | $2,750,000 | $2,000,000 | $750,000 |
| up to 60 million pages | $4,100,000 | $2,600,00 | $1,500,000 |


These numbers look large, unless you believe that we are going to get you to a
multi-billion dollar settlement pool months earlier, with greater chances of
punitive or other damages, than with any other option.

CAT00002077

From: "Winslow Chapman" <winslow.chapman@cataphora.com>
To: "'Roger Chadderdon'" <roger.chadderdon@cataphora.com>
Subject: RE: Chinese Drywall litigation summary
Date: 08/15/2009 19:14:52 UTC

Yes

-----

From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Friday, August 14, 2009 9:32 PM
To: 'Winslow Chapman'
Subject: Chinese Drywall litigation summary

        Hey W..., how's this for a start? What you had in mind?

We have been in discussions with parties from both defense counsel and the
plaintiffs steering committee regarding this litigation. We have been asked to
prepare for a meeting with the plaintiffs committee about how we would approach
this case and how we can help them prove their case.

    Below are many of the facts concerning this case that will help provide some
background.

During the peak construction boom years, from 2004 to 2007, U.S. suppliers
couldn't produce enough drywall to keep up with demand. So an estimated 550
million pounds of it were imported from China, about 60 percent coming through
Florida ports, to build tens of thousands of homes along the Gulf Coast. But
something wasn't right about the imported materials. According to test results
released in May by the U.S. Environmental Protection Agency (EPA), Chinese drywall
contains various sulfur compounds and ten times the amount of strontium found in
domestic drywall. In the hot, humid conditions of the Gulf Coast, those impurities
release hydrogen sulfide, carbonyl sulfide, strontium sulfide, and carbon
disulfide gases. The result is a rotten-egg smell and, eventually, sulfuric acid,
which corrodes copper and brass. Home inspectors in south Florida have found
evidence that Chinese drywall is associated with corroded electrical systems,
smoke alarms, air-conditioner coils, natural-gas furnaces, home appliances, and
copper pipe.

        This February the first individual lawsuit was filed alleging that the
defendants negligently manufactured and sold defective drywall that corroded
plumbing, air conditioning, and electrical components; and caused coughing and
irritation of sinuses, eyes, and throats. That same month Lennar Homes, the

From: "Roger Chadderdon" <roger.chadderdon@cataphora.com>
To: "Jonathan Nystrom'" <jonathan.nystrom@cataphora.com>; "'Winslow Chapman'"
<winslow.chapman@cataphora.com>
Cc: "Roger Chadderdon" <roger.chadderdon@cataphora.com>
Subject: Drywall update
Date: 09/02/2009 14:21:46 UTC

Kcura has their demo today most likely with the technology chair from Frilot - 3
Frilot atty's are named on the court document but only one is a partner - Kerry
Miller, so I'm assuming he is the tech chair.


Kcura is most likely in Frilot thru a partner in NO - Digital Legal. They appear
to have abandoned the plaintiffs side and are putting their efforts into the
defense.


Herman & Herman have an in-house tech guy that is a tad irked that he isn't
allowed to make the technology decision. No telling who he wants.


Case logistics is making a contingency fee type pitch to the plaintiffs. They know
they are behind the 8 ball and need something very attractive to be considered.



R

Kerry J. Miller
Partner


Kerry Miller is a leader in class actions defense litigation, successfully
defending clients in national class action and multi-party lawsuits in state and
federal courts across the country. Mr. Miller is a partner and co-leader of the
firm's Mass Tort & Class Actions Practice Area. He has defended clients in matters
involving product liability and commercial litigation and has attained significant
victories in every stage of class action litigation, from motions to dismiss, to
class certification and summary judgment motions, and on to trial.

Kyle A. Spaulding
Associate

Paul C. Thibodeaux
Associate

Roger Chadderdon, Esq. | Director of Business Development
P.O. Box 1314 | Costa Mesa, CA 92628
P: 714.546.3739 | F: 714.242.0044

roger@cataphora.com <mailto:roger@cataphora.com>

CAT00002095

From: "Roger Chadderdon" <roger.chadderdon@cataphora.com>
To: "Jonathan Nystrom'" <jonathan.nystrom@cataphora.com>; "'Winslow Chapman'"
<winslow.chapman@cataphora.com>
Cc: "'Art Skaran'" <art.skaran@cataphora.com>
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms below
Date: 09/18/2009 14:17;22 UTC

(Dropping non-sales)


I'm viewing "gravy" as the ability to put such on the table.   J


7 figures can get lots more gravy than 5. And I just don't trust plaintiff
lawyers. I was around them for too long and know better.


R




From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Friday, September 18, 2009 3:08 AM
To: 'Roger Chadderdon'; 'Winslow Chapman'
Cc: 'Brian Chatagnier'; 'Sonya Sigler'; 'Art Skaran'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms
below


Roger

(adding Art)

All true. I will note, however, that we are viewing the sucess fee as "gravy" and
what matters above all is that the other fees still make this deal a winner,
sufficiently that we can pour resources into it, impress them, and either get
other deals OR get them agitated enough that defendants have to hire us.



Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

CAT00002105

Please look it over to make sure this is in line with expectations and reasonableness before forwarding.  I don't have the inside knowledge of what they're expecting.


Brian Chatagnier



From: Winslow Chapman [mailto:Winslow@cataphora.com]
Sent: Monday, May 18, 2009 9:04 AM
To: Brian Chatagnier; 'Winslow Chapman'
Cc: Jonathan Nystrom
Subject: Re: Pricing - Chinese Drywall / Plaintiffs Deal


Actually they do not know the amount flowing in, which is the problem here.

The way Jonathan had me lay it out in ranges below is what they want, so they meaning- ( Defense / Plaintiffs / Judge Fallon )) can approve all ranges and therefore leave future flexibility for expansion. Be as specific and as detailed as you want, but use the template below with approved prices - as soon as possible.

Roger and I believe there will be 100s of millions of documents, but Russ Herman ( Plaintiff in Louisiana ) says it will be much smaller ( we believe to put his pet vendors in place ) but all we need to do to secure this Chinese Drywall deal is locked in price ranges.

ALSO -
Make sure to include success fees!

Thank you!

Winslow

Sent via BlackBerry by AT&T



From: "Brian Chatagnier"
Date: Thu, 27 Aug 2009 08:56:02 -0700
To: 'Winslow Chapman'<winslow.chapman@cataphora.com>
Subject: RE: Pricing - Chinese Drywall / Plaintiffs Deal

Winslow,


  I'm happy to do a fixed price deal, but in order to do that, we need an honest to god range of how much data will be flowing in.  In the last 24 hours, I've heard everything from 1mm pages to 100mm pages.


  I can come up with pricing that is spaced on wider increments, such as 1-5mm

From: "Winslow Chapman" <winslow.chapman@cataphora.com>
To: "Jonathan Nystrom'" <jonathan.nystrom@cataphora.com>
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add items below
Date: 09/21/2009 21:06:07 UTC

You know. If you did tell him, that would be better for me. Right now he is
wondering why I don't give him what he asked for, so it looks like I am a dick.


I would much prefer him think of you as the dick and me as his very cool friend.



From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Monday, September 21, 2009 4:58 PM
To: 'Winslow Chapman'
Cc: 'Brian Chatagnier'; 'Roger Chadderdon'; 'Sonya Sigler'; 'Art Skaran'
Subject: RE: Need contract ( for client to sign ) Chinese Drywall + add iterms
below


I am way behind--just tell him it'll be tomorrow, or I will tell him.  Let me know



Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

www.cataphora.com <http://www.cataphora.com/>


This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.

CAT00002135

From: "Jonathan Nystrom" <jonathan.nystrom@cataphora.com>
To: "'Winslow Chapman'" <winslow.chapman@cataphora.com>
Cc: "Roger Chadderdon'" <roger.chadderdon@cataphora.com>; "'Art Skaran'"
<art.skaran@cataphora.com>
Subject: RE: CATAPHORA, CLARIFIED PRICING FOR CHINESE DRYWALL SUPPORT
Date: 08/31/2009 20:45:50 UTC

no, it was not. some firm in seattle approached Dierdre at an event last week in
San francisco

---

Jonathan Nystrom, Vice President of Sales
Cataphora, Inc.
900 17th Street, NW -- Suite 610
Washington, DC  20006
202.350.9770 office
202.262.8408 mobile
jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>
www.cataphora.com <http://www.cataphora.com/>

This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.

---

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Monday, August 31, 2009 4:42 PM
To: 'Jonathan Nystrom'
Cc: 'Roger Chadderdon'; 'Art Skaran'
Subject: RE: CATAPHORA, CLARIFIED PRICING FOR CHINESE DRYWALL SUPPORT

Note that the Frilot LLC firm in New Orleans ( lead defense firm claiming they
work with Knauf Knauf ) has already been engaged by me & Roger and is in
Salesforce.

Just curious, what firm approached us and where?   Please tell me it was not an
IKON related lead.

    Winslow

---

From: Jonathan Nystrom [mailto:jonathan.nystrom@cataphora.com]
Sent: Monday, August 31, 2009 4:35 PM
To: 'Winslow Chapman'

CAT00002151

Cc: 'Roger Chadderdon'; 'Art Skaran'
Subject: RE: CATAPHORA, CLARIFIED PRICING FOR CHINESE DRYWALL SUPPORT


{adding Art}


guess what else--we were approached today by a tiny law firm representing Knauf,
the primary defendant.    If the class doesn't engage us, you can count on us
digging in with the defendants to mount a vigorous defense and shred their
arguments by showing all kinds of nuanced stories in the data that undermine the
claims here.



Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 620

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

www.cataphora.com <http://www.cataphora.com/>


This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.


---

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Monday, August 31, 2009 4:24 PM
To: 'Jonathan Nystrom'
Cc: 'Roger Chadderdon'
Subject: RE: CATAPHORA, CLARIFIED PRICING FOR CHINESE DRYWALL SUPPORT

Nice job JN!    This should do the trick ( or at least get us closer to closing
the Chinese Drywall deal ).    Winslow

Brian Chatagnier

———

From: Winslow Chapman [<mailto:winslow.chapman@cataphora.com>]
Sent: Tuesday, September 22, 2009 12:24 PM
To: 'Brian Chatagnier'; 'Keith Schon'; 'Jonathan Nystrom'; 'Sonya Sigler'
Cc: 'Skaran Art'; 'Roger Chadderdon'; steven.clark@cataphora.com
<mailto:steven.clark@cataphora.com>
Subject: RE: DRAFT CHI DRY K

Me too.   Winslow

———

From: Brian Chatagnier [<mailto:Brian.Chatagnier@cataphora.com>]
Sent: Tuesday, September 22, 2009 2:33 PM
To: 'Keith Schon'; 'Jonathan Nystrom'; 'Sonya Sigler'; 'Winslow Chapman'
Cc: 'Skaran Art'; 'Roger Chadderdon'; steven.clark@cataphora.com
<mailto:steven.clark@cataphora.com>
Subject: RE: DRAFT CHI DRY K

I'm available at 12:30

Brian Chatagnier

———

From: Keith Schon [<mailto:Keith.Schon@cataphora.com>]
Sent: Tuesday, September 22, 2009 11:28 AM
To: 'Jonathan Nystrom'; 'Brian Chatagnier'; 'Sonya Sigler'; 'Winslow Chapman'
Cc: 'Skaran Art'; 'Roger Chadderdon'; steven.clark@cataphora.com
<mailto:steven.clark@cataphora.com>
Subject: RE: DRAFT CHI DRY K

12:30 PST conflicts with the NYC meeting, but this is more important.

Keith

———

From: Jonathan Nystrom [<mailto:jonathan.nystrom@cataphora.com>]
Sent: Tuesday, September 22, 2009 8:41 AM
To: 'Brian Chatagnier'; 'Sonya Sigler'; 'Winslow Chapman'; 'Keith Schon'
Cc: 'Skaran Art'; 'Roger Chadderdon'; steven.clark@cataphora.com
<mailto:steven.clark@cataphora.com>
Subject: DRAFT CHI DRY K

Here it is.

I did NOT use track changes because they became far too unwieldy, so read every
damn word, please.

Winslow--please insert Jerry Parker's information where the highlighting is right
now.

Brian-please look for anything else we need to address -- the Success Fee is the
big challenge.

CAT00002157

From: "Jonathan Nystrom" <jonathan.nystrom@cataphora.com>
To: "Winslow Chapman" <winslow.chapman@cataphora.com>
Cc: "Roger Chadderdon" <roger.chadderdon@cataphora.com>; "Brian Chatagnier"
<Brian.Chatagnier@cataphora.com>; "Skaran Art" <art.skaran@cataphora.com>
Subject: RE: DRAFT Contract-Cataphora PSC for Chinese Drywall 09-22-2009 (2).doc
Date: 09/24/2009 13:37:41 UTC

[adding Art]

Winslow
I responded to all of Jerry's comments and concerns.  The success fee is the
tricky part, unless you don't like this response, send it to him and request a
call today to discuss.

_____
Jonathan Nystrom, Vice President of Sales
Cataphora, Inc.
900 17th Street, NW -- Suite 610
Washington, DC  20006
202.350.9770 office
202.262.8408 mobile
jonathan.nystrom@cataphora.com
www.cataphora.com <http://www.cataphora.com/>

This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender
immediately by reply e-mail and delete this message. Thank you for your
cooperation.


_____

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Wednesday, September 23, 2009 12:48 PM
To: 'Jonathan Nystrom'; 'Brian Chatagnier'
Cc: 'Roger Chadderdon'
Subject: FW: DRAFT Contract-Cataphora PSC for Chinese Drywall 09-22-2009 (2).doc


FYI  - all feedback appreciated.  Chinese Drywall changes by Jerry Parker.   (
See Attached )    Winslow


_____

From: Parker, Jerrold S. [mailto:Jerry@yourlawyer.com]
Sent: Wednesday, September 23, 2009 12:31 PM
To: Winslow Chapman
Subject: DRAFT Contract-Cataphora PSC for Chinese Drywall 09-22-2009 (2).doc


Winslow,

CAT00002311

From: Winslow Chapman [mailto:winslow.chapman@cataphora.com]
Sent: Friday, July 24, 2009 7:47 AM
To: 'Jonathan Nystrom'
Subject: Chinese Drywall Firms - New Orleans ( Need - Defense and Plaintiff paragraphs )

Jonathan -

Need your dirty paragraphs for Chinese Drywall asap.

- Need a Plaintiff Version for the firm ( Herman Herman Katz Cotlar LLP ) I spoke to Mr. Herman who wants info yesterday.

Also -

- Need a Defense Version for the firm ( Frilot L.L.C. ) please, I spoke to Kerry Miller - lead counsel and he also wants info asap.

Need this as down and dirty as you can mister.....

Thank you,

Winslow

E. Winslow Chapman Jr.

Director of Business Development

Cataphora, Inc.

148 Bermuda Court | Ponte Vedra, FL 32082

T: 904.607.0055 | C: 404.392.2586 | F: 904.280.1921

winslow@cataphora.com | www.cataphora.com <http://www.cataphora.com/>

CAT00002413

From: "Jonathan Nystrom" <jonathan.nystrom@cataphora.com>
To: "Parker, Jerrold S." <Jerry@yourlawyer.com>
Cc: "Winslow Chapman" <winslow.chapman@cataphora.com>; "Roger Chadderdon"
<roger.chadderdon@cataphora.com>
Subject: CATAPHORA, CLARIFIED PRICING FOR CHINESE DRYWALL SUPPORT
Date: 08/31/2009 20:21.02 UTC

Jerry


It is obvious that we are all dealing with a lot of unknowns here.  So we are
breaking this down into a very simple proposition designed to give absolute
budgetary certainty for the assumptions your colleagues have suggested, but to
give aggressive and competitive pricing if the project grows as we suspect it
might.  This is undoubtedly a 7-figure opportunity under any normal circumstances,
but we truly appreciate the immediacy of the situation and the budgetary
constraints you are under right now, thus we have attempted to simplify this
proposition to its essence and we have shown a lot of good faith in you and your
colleagues by leaving undefined (for now) the success fee component of this
endeavor.

Here is what we propose:


$315,000 lump sum fee for all-in analytical support for:

    - up to 5 million pages if produced in TIF (or up to 480,000 documents if
produced natively)
    - includes 200 hours of analytical and linguistic support, and use of the
Cataphora Analytics Library (all existing analytics applied to this data set)

    - reports on all incoming data for technical compliance and for compliance
with RFPs (or deficiencies therein)

    - hosting of this data for two years

    - access by up to 50 users


Cataphora will work to secure (but cannot promise) 3rd party financing for this
lump sum amount.


For additional data between 5 million and 20 million pages, a fee of $.03/image
will apply.

For additional data beyond 20 million pages, a fee of $.02/image will apply.

For additional hours, Cataphora's standard hourly rates will apply.  These rates
range from $295 - $425 in most situations.


For all fees incurred beyond the lump sum, half will be due 30 days after
performance, and the remaining half will be allocated monthly over the remaining

number of months between date of performance and June 30, 2011.  Any fees incurred
after this date will be billed in the month it is incurred.


In addition, Cataphora and the TSC will create a formula for a success fee base on
mutually agreed criteria and on the premise that the complexity and volume of the
effort (and the impact on plaintiffs' success).


Leaving aside the formula for the success fee, some examples of how this pricing
plays out is set down below:


Scenario A--Volume 2 million pages, all analytical and linguistic work within the
200 allotted hours          $315,00 lump sum, no monthly allocation


Scenario B--Volume 10 million pages, analytical and linguistic work within the 200
allotted hours  .          $390,000 lump sum, monthly $3,409.09


In either scenario, if Cataphora is substantially impactful in the netting
hundreds of millions of dollars for the plaintiffs, a success fee commensurate
with that contribution will be paid at that time.  By contrast, if the
contribution is not material and impactful, it will not have been earned .


Please let me know if we can get to work drafting an agreement reflecting these
points.  We look forward to working to getting to work!

--------------------------------------------------

Jonathan Nystrom, Vice President of Sales

Cataphora, Inc.

900 17th Street, NW -- Suite 610

Washington, DC  20006

202.350.9770 office

202.262.8408 mobile

jonathan.nystrom@cataphora.com <mailto:jonathan.nystrom@cataphora.com>

www.cataphora.com <http://www.cataphora.com/>


This message may contain confidential and/or privileged information. If  you are
not the addressee or authorized to receive this for the addressee, you must not
use, copy, disclose or take any action based on this message or any information
herein. If you have received this message in error, please advise the sender

CAT00002419

From: "Winslow Chapman" <Winslow@cataphora.com>
To: "Jonathan Nystrom" <jonathan.nystrom@cataphora.com>; roger@cataphora.com; "Elizabeth
Charnock" <elizabeth.charnock@cataphora.com>
Subject: Fw: National Gypsum / Lowe's
Date: 12/07/2009 15:21:08 UTC

FYI. - we need to add this to the mix! Winslow

Sent via BlackBerry by AT&T

------------

From: "Doug Moore" <dmoore@novaoffice.net>
Date: Mon, 7 Dec 2009 10:10:14 -0500
To: 'Winslow Chapman'<winslow.chapman@cataphora.com>
Subject: National Gypsum / Lowe's

Hi Winslow,


We did not pursue National Gypsum or Lowe's locally as defendants in the Chinese
Drywall matter due to Cataphora's involvement with the plaintiff's side of the
case.  Both companies are headquartered in the Charlotte area and I have met with
both legal departments to discuss our over-all service offering but refrained from
pushing specifically on the Chinese Drywall case because our solution is Cataphora
and Cataphora was working with the plaintiff side of the case.



Best regards,

Doug



Doug Moore | Nova Office Strategies, Inc. | Vice President Business Development
129 W Trade St., Suite 1420 | Charlotte, NC 28202 | |: Office - 704.347.0055 | |:
Cell - 704.619.6860

www.novaoffice.net



P

 Please consider the environment before printing this email

CAT00002474

From: "Susannah Smith" <Susannah.Smith@cataphora.com>
To: "Roger Chadderdon" <roger.chadderdon@cataphora.com>
Subject: RE: Cataphora and the Drywall MDL - Knauf Gips KG
Date: 06/29/2009 17:27:01 UTC

What if I call some of the plaintiff counsel as an independent researcher and ask what they know?

Knauf has several different divisions. I just can't understand why they do not show up in any of the court filings.


From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Monday, June 29, 2009 12:45 PM
To: 'Susannah Smith'
Subject: RE: Cataphora and the Drywall MDL - Knauf Gips KG


Thanks Susannah!


Jim and Winslow are working on a different defendant (s), but I have a feeling this is the real prize the plaintiffs will be going after.


I'm also looking at Herman & Herman who were announced as the steering committee plaintiffs.


R


From: Susannah Smith [mailto:Susannah.Smith@cataphora.com]
Sent: Monday, June 29, 2009 9:26 AM
To: 'Roger Chadderdon'
Subject: RE: Cataphora and the Drywall MDL - Knauf Gips KG


This is a mother! Still working. Will let you know


From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Friday, June 26, 2009 7:52 PM
To: 'Susannah Smith'
Subject: FW: Cataphora and the Drywall MDL - Knauf Gips KG

Hi Susannah!

If you are around and feel like doing some sleuthing, I am having a hell of a time finding the defense counsel for this German company.

They are the manufacturer of the drywall in the cases known as the "defective Chinese drywall" cases. They have been consolidated into an MDL out of New Orleans and under the same Judge that handled the Vioxx case - Judge Fallon. So he knows ED and will likely move this thing along a fast track.

I know who the steering counsel plaintiffs are, but I'm also trying to figure out defense counsel.

The corporation is Knauf Gips KG.

The MDL is #2047.

The next hearing is July 9th so there would HAVE to be some defense counsel there... at least I'd hope so!

Thanks Susannah!

R

---

From: Roger Chadderdon [mailto:roger.chadderdon@cataphora.com]
Sent: Thursday, June 25, 2009 7:41 AM
To: toconnor@legal-edocs.org
Cc: 'Roger Chadderdon'
Subject: Cataphora and the Drywall MDL - Knauf Gips KG

Hi Tom!

Great seeing you again!

CAT00002572

I looked up the Herman law firm as well as the litigation. It is on the MDL web site but I couldn't find who was handling the defense. Are they keeping it a secret?

Below is a profile for the defendant but they have never had a listed law firm. I've never seen that before!

I'd really like to let you see what has changed in Cataphora over the past few years since you have seen it. Let me know when a good time would be. Hopefully this MDL comes in as it seems like a perfect fit for our software and approach to ESI.

Talk to you soon Tom!

Roger

Printer Friendly List <javascript:PrinterFriendlyListProfilesCaseList();>
Customize List <javascript:PersonalizeProfilesCaseList();>

Page 1 [ 2 ]   Items 1 to 100 of
121

<javascript:__doPostBack('ProfilesCaseList$DataGrid_ProfilesCaseList$ctl02
$ctl00','')>

Action

Court <javascript:__doPostBack('ProfilesCaseList$DataGrid_ProfilesCaseList$ctl02
$ctl01','')>
 All  Alabama - Northern  Alabama - Southern  Florida - Middle  Florida -
Northern  Florida - Southern  Louisiana - Eastern  Louisiana - Middle
Mississippi - Southern  Ohio - Southern

Docket <javascript:__doPostBack('ProfilesCaseList$DataGrid_ProfilesCaseList$ctl02
$ctl02','')>

Heading <javascript:__doPostBack('ProfilesCaseList$DataGrid_ProfilesCaseList$ctl02
$ctl03','')>

NOS <javascript:__doPostBack('ProfilesCaseList$DataGrid_ProfilesCaseList$ctl02

CAT00002573

Track 
View <javascript:__doPostBack('View','US_DIS_LAED|2%3a09cv3927|CV')>
Louisiana - Eastern

2:09cv3927

Fisher et al v. Knauf Gips KG et al

Product Liability

6/18/2009

n/a


Track 
View <javascript:__doPostBack('View','US_DIS_LAED|2%3a09cv3928|CV')>
Louisiana - Eastern

2:09cv3928

Buckles v. Knauf Gips KG et al

Product Liability

6/18/2009

n/a


Track 
View <javascript:__doPostBack('View','US_DIS_LAED|2%3a09cv3929|CV')>
Louisiana - Eastern

2:09cv3929

Tabor et al v. Knauf Gips KG et al

Product Liability

6/18/2009

n/a


Track 
View <javascript:__doPostBack('View','US_DIS_LAED|2%3a09cv3930|CV')>

CAT00002579

# EXHIBIT C

*EXH C*

## Joyce Romano

| | |
|---|---|
| **From:** | Joyce Romano |
| **Sent:** | Wednesday, February 22, 2012 1:41 PM |
| **To:** | Brandy Blisard |
| **Subject:** | FW: Roger Chadderdon telephone call |
| **Attachments:** | Chadderdon phone message.pdf |
| **Importance:** | High |

**From:** Cavet, Susan A. [mailto:SCavet@frilot.com] **On Behalf Of** Miller, Kerry J.
**Sent:** Thursday, September 22, 2011 1:34 PM
**To:** Joyce Romano
**Subject:** Roger Chadderdon telephone call

Russ asked that I send you the attached.

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: 504-599-8194
E-mail: kmiller@frilot.com

CONFIDENTIALITY NOTICE: This electronic message is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This message and any attachments hereto may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail from your computer. The sender does not waive any privilege in the event this message was inadvertently disseminated.

1

Kerry                                9/21/11


Said he has some scoop on Herman firm regarding Chinese Drywall -- was involved in a
contract dispute with them and a lot of things came out at trial.  Wants to know if you
would like to discuss with him.


Roger Chadderdon – 714/546-3739



                                        Susan